# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
ASHEVILLE, NC

SEP 2 0 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Case No. 1:24-cv-216-MR-WCM

_(to be filled in by the Clerk's Office)_

Chad Metzger
_____
Plaintiff(s)

_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

William Randall
_____
Defendant(s)

_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

# AMENDED COMPLAINT FOR VIOLATION OF
## CIVIL RIGHTS (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Chad Metzger

Address     5670 ELA Rd. #4

            Whittier            NC        28789
              *City*          *State*     *Zip Code*

County      Swain

Telephone Number    828-347-2808

E-Mail Address    Chad Metz070@gmail.com

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name        William Randall

Job or Title *(if known)*    Swain County Sheriff deputy

Address     P.O Box 1398

            Bryson City          NC        28713
              *City*           *State*     *Zip Code*

County      Swain

Telephone Number    828-488-0159

E-Mail Address *(if known)*    N/A

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name        _____

Job or Title *(if known)*    _____

Address     _____

            _____
              *City*           *State*     *Zip Code*

County      _____

Telephone Number    _____

E-Mail Address *(if known)*    _____

☐ Individual capacity    ☐ Official capacity

Page 2 of 6

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

             *City*          *State*       *Zip Code*

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

             *City*          *State*       *Zip Code*

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment, 5 Amendment, 8th Amendment, 9th Amendment, 14th Amendment.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant in uniform Standing in Road Stopping all traffic "under a planned by Sheriffs office event"

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

BJ's quick Stop 1755 main St, Swain County NC

B.  What date and approximate time did the events giving rise to your claim(s) occur?

02/06/2023  Approx 1:30 pm

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Deputy Randall Standing in road Stopping all traffic. I asked him his probable causes he stated None. I refused answer any more questions. Also let him know I was recording incident Sgt Kevin Bryson witnessed it all This all has been reveased on Direct Appeal Case # 23-CR-228575 Record will Indacate no probable cause on record of trail, Record will aslo show Sgt Bryson Said planner of planned Event.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Prior neck injuries being placed in head cuffs While being transported to Swain County jail. Severe Pain follows No pain meds Admitaded The Force of these oppressors hand on gun screming unlawfull comands is very harmful to my mental Aguish.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Claims

First Claim For Relief: Fourth Amendment To The US constitution unconstitutional Search And Seizure the Dentiantion and interrogation of Plaintiff by Defendant constitued an unreasonable search And Seizure under the Forth Amendment to the united States Constitution.

The dentention and interrogation of Plaintiff by Defendants was conducted pursuant to a policy, practice, or custom that violates the Forth Amendment to tue united States costitution.

Sgt. Bryson was supvisor on duty that planned said plan Event on Witness stand with trail court Along with Defendant Randall stating on record During trail case # 23-CR-228 75 witch Has been reversed on Direct Appeal, Attached Appeal paperword, Defendant also on Record of Trail No Probable Cause Trail court Records will indecate.

Attached Pg Also Attached is 2 bond Pg's

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09/14/2024_

Signature of Plaintiff _C. Wiltzen_

Printed Name of Plaintiff _Chad Metzger_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City      State      Zip Code

Telephone Number _____

E-mail Address _____

Prayer For Relief

Wherefore, Plaintiff that the Court:

a. Declare that the actions of Defendants Randall and Bryson Violated Plaintiffs rights under Fourth Amendment to the United States consitution and Exceeded there statutory authority.

b. Permmantly enjoin Defendants and other officers agents, servants, employees, and all persons in active concert or participation with said defendent who receive actual Notice of the injunction and From Authorizing or Conducting suspicionless presligh Searches and Seizures

c. Award to Plaintiff his reasonable Paralegal feés Costs, Expenses of litigation as pro se, pain From being in cuffs Multiple times, Multiple court dates pro se, Mental anguish, exsive bonds, vehicle impound fee. And time away from my service Dog.

D. Order such relief as the court may deem Just and Proper.

Dated September 17, 2024
Respectfully Submitted,
Chad Metzger