# STATE OF NORTH CAROLINA

SWAIN County

**File No.** 23CR228575-860

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

**Name And Address Of Defendant**
CHAD EVERETT METZGER
525 GOSPEL RD
BRYSON CITY NC 28713

# CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

**Process No.** # RO-23-90983
**Amount Of Bond** $ 2500

**File Numbers And Offenses**
23CR228575-860    MAG ORDR: M - FAIL EXHIBIT/SURRENDER LICENSE; M - DWLR NOT IMPAIRED REV; M - RESISTING PUBLIC OFFICER; M - CARRYING CONCEALED WEAPON;

☐ See Attachment.

**Location Of Court:** 0002-Swain County Courthouse
☒ District ☐ Superior
**Date** 02/21/2023    **Time** 09:30

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

not operate a motor vehicle until duly licensed, not violate any other laws while on bond

☐ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631. ☐ AOC-CR-660. ☐ Other: _____

**Additional Information**
Secured Bond due to 17-FTA's in Swain & Jackson Counties.

**Date** 02/06/2023
**Name Of Judicial Official** G. A. Breedlove
**Signature Of Judicial Official** [signed]
☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC
☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ [for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

**Name Of Detention Facility** SWAIN COUNTY JAIL
**Date** 02/06/2023
**Name Of Judicial Official** G. A. Breedlove
**Signature Of Judicial Official** [signed]

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts
(Over)

FILE NO. 22CR228575

2/21

**STATE OF NORTH CAROLINA**

**SWAIN COUNTY**

VS

Chad Edward Metzger

**DEFENDANT**

I, Leanna Arch, JAIL ADMINISTRATOR OF THE SWAIN COUNTY JAIL DO HEREBY CERTIFY THAT  Chad Edward Metzger  WAS RELEASED ON THE  6  DAY OF  February , 2023  AFTER BEING INCARCERATED FOR A PERIOD OF  0  DAY(S) OF PRETRIAL CONFINEMENT AT A RATE OF $10.00 PER DAY FOR A TOTAL OF $  0  . THIS IS THE  7  DAY OF February, 2023.

_Leanna Arch_

**Leanna Arch, JAIL ADMINISTRATOR**

| File No. 23CR228575-860 | ☐ See Attachment | Law Enforcement Case No. | LID No. |
|---|---|---|---|

# ORDER FOR ARREST
# OFA-23-583141

**STATE OF NORTH CAROLINA**

SWAIN County

In The General Court Of Justice
☒ District ☐ Superior Court Division

## THE STATE OF NORTH CAROLINA VS.

**Name, Address & Telephone No. Of Defendant**
CHAD EVERETT METZGER
525 GOSPEL RD
BRYSON CITY    NC    28713

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 11/09/1975 | |

**Name And Address Of Defendant's Employer**

**To any officer with authority and jurisdiction to serve an Order For Arrest:**
The Court finds that:

☒ 1. FTA - RELEASE ORDER [G.S. 15A-305(b)(2)] the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order.
☐ This is the defendant's second or subsequent failure to appear on these charges.

☐ 2. FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.) [G.S. 15A-305(b)(3)] the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)] a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached. [Note To Arresting Officer: If this option is checked, defendant must be fingerprinted. G.S. 15A-502(a).]

☐ 4. FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)] the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT [G.S. 15A-305(b)(8); -1362(c); -1364(a)] the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT [G.S. 15A-305(b)(9); 5A-16] this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. PROBATION VIOLATION [G.S. 15A-305(b)(4); -1345(a)] the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☒ 8. Other: (specify)

**Date Defendant Failed To Appear**
08/15/2023

| Amount Of Bond | Type Of Bond | Notes |
|---|---|---|
| $ 5000 | Secured | |

### OFFENSE(S)

| Count No. | Offense | In Violation of G.S. | Code | Count No. | Offense | In Violation of G.S. | Code |
|---|---|---|---|---|---|---|---|
| 1 | M - FAIL EXHIBIT/SURRENDER LICENSE | 20-29 | 5505 | | | | |
| 2 | M - DWLR NOT IMPAIRED REV | 20-28(A) | 4725 | | | | |
| 3 | M - RESISTING PUBLIC OFFICER | 14-223 | 5310 | | | | |
| 4 | M - CARRYING CONCEALED WEAPON | 14-269(A) | 5202 | | | | |

**TRUE BILL OF INDICTMENT ONLY**
Date Of Arrest & Check Digit No. (as shown on fingerprint card)

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
☒ determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

**Location Of Court**

**Court Date**

**Court Time**

**Name Of Issuing Official**
MACK BRITTAIN, by and through Allyson Barnes

**Signature**
*[signature]*

☐ Magistrate ☐ Deputy CSC ☐ DC Judge
☒ Asst. CSC ☐ Clerk Of Superior Court ☐ SC Judge

**Date Of Offense**
02/06/2023

**Date Issued**
08/16/2023

| STATE VERSUS | SWAIN County | File No. 23CR228575-860 |
|---|---|---|
| Name Of Defendant: CHAD EVERETT METZGER | | |
| Date Of Issuance Of Magistrate's Order: 02/06/2023 | NOTE: Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5). | |

**OFFENSES (continued)**

**Count 3.** Offense: M - RESISTING PUBLIC OFFICER

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did resist, delay, and obstruct Sgt. K. D. Bryson and Deputy W. R. Randall, a public officer holding the office of Swain County Sheriff Office, by Failed to produce identification and prevented operation of planned event. At the time, the officer was discharging and attempting to discharge an official duty by planned event.

**Count 4.** Offense: M - CARRYING CONCEALED WEAPON

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did carry concealed about the defendant's person while off the defendant's own premises a deadly weapon, push blade box cutter knife in rear right pants pocket.

| STATE OF NORTH CAROLINA | File No. 23CR228575-860 | |
|---|---|---|
| Swain County | In The General Court Of Justice ☒ District ☐ Superior Court Division | |
| Name And Mailing Address Of Defendant<br>Chad Everett Metzay<br>525 Gospel Rd<br>Bryson City NC 28713 | **APPEARANCE BOND FOR PRETRIAL RELEASE**<br>G.S. 15A-531, 15A-534, 15A-544.2 | |

| Total Bond Required | Amount Of This Bond | Bond No. |
|---|---|---|
| $5000 | $5000 | # |

**File Numbers And Offenses**

23CR228575-860; M- Fail exhibit/surrender license; M- ~~Driver~~ DWLR Not impaired Rev; M-Resisting Public Officer; M-Carrying Concealed Weapon

☐ See *Additional File Numbers And Offenses* on Side Two, for which appearance is secured by this Bond.

☐ **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

☐ **Cash Appearance Bond By Defendant** *(See notes on reverse side.)* - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, and hereby deposit the cash identified below as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed, subject to the conditions of this Bond stated on the reverse side, and that it will be available to satisfy my obligations.

☐ **Defendant's Property Appearance Bond** - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side, and as security for said Bond have executed a mortgage or deed of trust to real or personal property, payable to the State of North Carolina and with power of sale conditioned upon the breach of any condition of this Bond.

☒ **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side. Any undersigned professional bondsman, bail agent, or runner attests that the AFFIDAVIT on the reverse side is complete and true. If a cash deposit is indicated below, surety(ies) has deposited the cash to secure the obligation as surety(ies) on this Bond with the understanding that the deposit will be returned to the surety(ies) upon termination of that obligation as provided by law, and that it will NOT be available to satisfy defendant's obligations. *(For cash bond, see notes on reverse side.)*

**ACCOMMODATION BONDSMAN**

☐ See attached AOC-CR-201A for additional accommodation bondsmen executing this Bond.

| Name And Address Of Accommodation Bondsman | Name And Address Of Accommodation Bondsman |
|---|---|
| | |
| Telephone No. | Telephone No. |

**PROFESSIONAL BONDSMAN**

| Name Of Bondsman | Name Of Runner, If Applicable | | |
|---|---|---|---|
| License No. Of Bondsman | Telephone No. | License No. Of Runner | Telephone No |

**INSURANCE COMPANY**

| Name Of Insurance Company<br>Palmetto Surety Corporation | Name Of Bail Agent<br>Christian P. Field | |
|---|---|---|
| Power Of Appointment No. Of Bail Agent | License No. Of Bail Agent<br>20607429 | Telephone No.<br>828 400 9337 |

**DEFENDANT AND SURETY SIGNATURES**

| Date Of Execution Of Bond<br>9/20/23 | Signature Of Defendant (required for all appearance bonds)<br>C. Metzner |
|---|---|
| Signature Of Surety | Signature Of Surety |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | |
|---|---|---|---|
| Date | Signature | Date | Signature |

☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court
☐ Custodian Of Detention Facility (G.S. 15A-537(c)) ☐ Custodian Of Detention Facility (G.S. 15A-537(c))

**COMPLETE IF CASH DEPOSITED**

| Signature Of Official Accepting Cash | Name Of Official Accepting Cash (type or print) | Receipt No. |
|---|---|---|

NOTE: If cash deposited, see notes on reverse side.

AOC-CR-201, Rev. 2/21
© 2021 Administrative Office of the Courts

(see AOC-CR-238 if release after judgment in superior court)  Original - File (Over)

# SWAIN COUNTY SHERIFF'S OFFICE
## COMMENDATION/COMPLAINT FORM FOR CITIZENS

☐ Commendation
☑ Complaint

Date: 08/21/2023

Employee(s) Involved:
1. P. Smith Swain County Sherrif
2. _____
3. _____

Location of Incident: 1341 Main St Bryson City NC 28713

Date/Time of Incident: Saturday Aug. 19 2023 2:40 pm

Summary of Incident: (You may attach your own document if necessary): The officer pulled me over. Came up to my vehicle yelled at me to get out. I didn't understand and told him why do I need to get out and he said I had a warrent. I tried to exsplain that I did not have a warrent. My wife tried to exsplain I didn't have one and he slammed the door in her face. He searched me down and didn't ID me at all. He tried to arrest me but ended up realizing I was not the person who he thought I was.

**Citizen's Information:**

Citizen's Name: Chadrick Metzger

Citizen's Address: 5801 Ela rd Whittier NC 28789

Citizen's Telephone #: 828-347-7424   Sex: M   Race: White

---

*For Internal Use Only:*

Complaint #: _____

Received by: _____   Date received: _____

Forwarded for investigation to: _____

Complaint is: ☐ SUSTAINED   ☐ NOT SUSTAINED
              ☐ UNFOUNDED   ☐ EXONERATED

Signature of Investigator: _____   Date: _____

Signature of Sheriff: _____   Date: _____